UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:18-cv-12008-LTS

RAOUL MARRADI,

    Plaintiff,

vs.

TAQUERIA MONTECRISTO & MEXICAN
GRILL, INC., MERCELINO ALARCON
and MARGARITA ALARCON,

    Defendants.
_____/

## JOINT STATUS REPORT

The Parties, by and through the undersigned counsel, file this Joint Status Report to notify the Court of the status of the case:

    I.    Procedural Posture of the Case:

Pursuant to the Court's Order (D.E. 17), the Parties are required to file a joint status report, advising the Court on the status of the case no later than January 7, 2019.

    II.    The Status of the Case:

On November 5, 2018, Plaintiff's counsel filed a Suggestion of Death with the Court that stated upon information and belief, Plaintiff, Raoul Marradi, had passed away (D.E. 16).

    III.    Scheduling for the Remainder of the Case Through Trial.

Based on the Plaintiff's Suggestion of Death filing the initial scheduling conference set for November 13, 2018, was cancelled by the Court. The parties are now awaiting the 90-day period for the substitution under Fed. R. Civ. P. 25(a)(1) to expire on February 4, 2019.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, | The Defendants, |
| By his attorneys, | By their attorney, |
| | |
| /s/Edward N. Garno, Esq. | /s/Kier Wachterhauser, Esq. |
| Edward N. Garno, Esq. | Kier Wachterhauser, Esq. |
| 147 Central Street, Suite 213 | Murphy Hesse Toomey, & Lehane, LLP |
| Lowell, Massachusetts 01852 | 300 Crown Colony Drive, 4th Floor |
| Telephone: (978) 397-2400 | Quincy, Massachusetts 02169 |
| Facsimile: (978) 455-1817 | Telephone: (617) 479-5000 |
| E-mail: nedgarno@hotmail.com | Facsimile: (617) 479-6469 |
| Massachusetts Bar No.: 564378 | E-mail: kwachterhauser@mhtl.com |
| Lead Counsel for Plaintiff | Massachusetts Bar No.: 681772 |
| | Counsel for Defendants |
| /s/Todd W. Shulby, Esq. | |
| Todd W. Shulby, Esq. | |
| Todd W. Shulby, P.A. | |
| 1792 Bell Tower Lane | |
| Weston, Florida 33326 | |
| Telephone: (954) 530-2236 | |
| Facsimile: (954) 530-6628 | |
| E-mail: tshulby@shulbylaw.com | |
| Florida Bar No.: 068365 | |
| Counsel for Plaintiff | |

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 5, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kier Wachterhauser, Esq.

WE HEREBY CERTIFY that on January 5, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

By:    /s/Todd W. Shulby, Esq.
        Todd W. Shulby, Esq.