UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAOUL MARRADI, <br><br> Plaintiff, <br><br> v. <br><br> TAQUERIA MONTECRISTO & MEXICAN GRILL, INC., et al., <br><br> Defendants. | Civil Action No. 18-12008-JCB |

ORDER OF DISMISSAL

February 5, 2019

Boal, M.J.

In accordance with the Court's electronic order dated February 5, 2019, it is hereby

ORDERED that the above-entitled action be and hereby is dismissed.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge